

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2014

No. 04-14-00075-CV

**AAA FREE MOVE MINISTORAGE L.L.C.**,
Appellant

v.

**LATIGO PROPERTIES, INC**. and The Brigham Living Trust,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18988
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

The trial court's judgment was signed on November 18, 2013. Therefore, a motion for new trial or notice of appeal was due to be filed in the trial court within thirty days on December 18, 2013. TEX. R. APP. 26.1. Appellant's motion for reconsideration was filed on December 19, 2013. Appellant's notice of appeal was thereafter filed in the trial court on February 4, 2014. The notice of appeal is timely *if* appellant's motion for reconsideration was postmarked by December 18, 2013, thereby extending the timetable to perfect appeal to ninety days after the date the judgment was signed. TEX. R. CIV. P. 5; TEX. R. APP. P. 25.1(a), 26.1(a)(1). Our records do not contain proof of the date of mailing of appellant's motion for reconsideration.

Accordingly, it is ORDERED that *within fifteen (15) days* of the date of this order appellant must provide written proof of the date of mailing its motion for reconsideration by filing either a copy of the postmark affixed by the United States Postal Service, a certified mail receipt, a certificate of mailing by the United States Postal Service, a receipt endorsed by a commercial delivery service, or an affidavit stating the date and method by which the motion for reconsideration was mailed to the district clerk. *See* TEX. R. CIV. P. 5; *see* TEX. R. APP. P. 9.2(b)(2). If appellant fails to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). All other appellate deadlines are suspended until further order of the court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2014.



_____

Keith E. Hottle

Clerk of Court